```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

DIAN NELSON,                    )
                                )
              Plaintiff,         )         4:06CV3304
                                )
      v.                         )
                                )
THE VILLAGE OF HERMAN, In the   )         ORDER TO SHOW CAUSE
State of Nebraska, et al.,       )
                                )
              Defendants.        )
                                )
```

This matter is before the court *sua sponte*. On January 17, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed.R.Civ.P. 26(f) and to submit a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed.R.Civ.P. 26(f) on or before April 5, 2007, or show cause why sanctions should not be imposed upon them in accordance with Fed.R.Civ.P. 16(f) and 37(g).

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge