IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIAN NELSON,<br><br>Plaintiff,<br><br>v.<br><br>THE VILLAGE OF HERMAN, IN THE STATE OF NEBRASKA, TOM KEGLER, Individually and in his capacity as Board Member of the Village of Herman, and RAYMOND POLLEY, Individually and in his capacity as Board Member of the Village of Herman,<br><br>Defendants. | Case No. 4:06cv3304<br><br>**ORDER TO WITHDRAW** |

The Court has before it the Motion to Withdraw Allen M. Tate as counsel of record for Defendant, the Village of Herman, in the State of Nebraska, filed by Brian S. Koerwitz and the law firm of Woods & Aitken LLP, filing no. 56.  After being fully advised in the premises, the Court finds that said Motion to Withdraw Allen M. Tate as counsel of record should be sustained.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw Allen M. Tate, as counsel of record for the Village of Herman, in the State of Nebraska, is approved and his appearance in this matter is withdrawn.

Dated this 14th day of April, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge

Prepared and submitted by:
Brian S. Koerwitz, No. 23655
Attorney for Defendant
WOODS & AITKEN LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
(402) 437-8500
(402) 437-8558 Facsimile
bkoerwitz@woodsaitken.com