IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIAN NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3304 |
| | ) | |
| v. | ) | |
| | ) | |
| THE VILLAGE OF HERMAN, In the State of Nebraska, TOM KEGLER, Individually and in his capacity as a board member of the Village of Herman, and RAYMOND POLLEY, individually and in his capacity as a board member of the Village of Herman, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion of attorney Joy Shiffermiller, filing no. 57, to withdraw as counsel of record for plaintiff is granted.

DATED this 21st day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge